1  RILEY SAFER HOLMES & CANCILA LLP
   Jeffrey R. Williams (CSB# 084156)
2  *jrwilliams@rshc-law.com*
   Rachel F. Sifuentes (CSB# 324403)
3  *rsifuentes@rshc-law.com*
   456 Montgomery Street, 16th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 275-8550
5  Facsimile:    (415) 275-8551

6  Attorneys for Defendant
   ONE WORLD TECHNOLOGIES, INC.
7  d/b/a RYOBI OUTDOOR PRODUCTS

8

9                       **UNITED STATES DISTRICT COURT**

10                      **EASTERN DISTRICT OF CALIFORNIA**

11

12  RICHARD ROUZE, individually and on behalf          Case No.  2:19-cv-01291-TLN-DB
    of all others similarly situated
13                                                     **STIPULATION AND ORDER TO**
                Plaintiff,                             **CONTINUE HEARING ON**
14                                                     **DEFENDANT'S MOTION TO**
         v.                                            **DISMISS CLASS ACTION**
15                                                     **COMPLAINT**
    ONE WORLD TECHNOLOGIES, INC. d/b/a
16  RYOBI OUTDOOR PRODUCTS,                            Current date:  October 17, 2019
                                                       Time:  2:00 p.m.
17              Defendant.                             Courtroom:  2, 15th Floor
                                                       Judge:  Honorable Troy L. Nunley
18
                                                       **New date and time:  November 14,**
19                                                     **2019, at 2:00 p.m.**

20

21       Plaintiff Richard Rouze ("Plaintiff") and Defendant One World Technologies, Inc. d/b/a

22  Ryobi Outdoor Products ("Defendant"), by and through their respective counsel, stipulate as

23  follows:

24       1.      Plaintiff filed the Class Action Complaint in this matter on July 11, 2019.  (Dkt. 1.)

25  Following a stipulation granting Defendant an extension of time respond to the Class Action

26  Complaint, Dkt. 4, on August 30, 2019, Defendant timely filed a Motion to Dismiss Plaintiff's

27  Class Action Complaint ("Motion to Dismiss").  (Dkt. 6.)

28  ///

2.      Defendant's Motion to Dismiss is currently set for hearing on Thursday, October 17, 2019 at 2:00 p.m., in Courtroom 2, before the Honorable Troy L. Nunley.

3.      Defense counsel has an unavoidable conflict involving travel to represent parties in another matter during the week of October 17, 2019.  As a result, the parties have agreed to continue the hearing on Defendant's Motion to Dismiss.

4.      Accordingly, the parties stipulate that the hearing on Defendant's Motion to Dismiss is continued to Thursday, November 14, 2019 at 2:00 p.m., in Courtroom 2, before the Honorable Troy L. Nunley.

5.      The parties further stipulate to a modification of the briefing schedule set forth in Local Rule 230.  Plaintiff's opposing papers will be due on or before October 24, 2019, and Defendant's reply papers will be due on or before November 7, 2019.  This stipulation will comply with the requirement of Local Rule 230 that all briefing be completed not less than 7 days preceding the continued hearing date.  *See* Local Rule 230(c), (d).

6.      This Stipulation is not being done for any improper purpose or to cause undue delay, nor will it cause any disruption of the Court's schedule.  No previous continuances have been stipulated to by the parties or granted by the Court with respect to Defendant's Motion to Dismiss.

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT

1

2   Dated:  September 25, 2019.          RILEY SAFER HOLMES & CANCILA LLP

3

4                                        By:*/s/ Rachel F. Sifuentes*
                                            Rachel F. Sifuentes
                                            Attorneys for Defendant
5                                           ONE WORLD TECHNOLOGIES, INC.
                                            d/b/a RYOBI OUTDOOR PRODUCTS
6

7

8

9

10

11

12

13

14
    Dated:  September 25, 2019           BURSOR & FISHER, P.A.
15

16
                                         By:*/s/ L. Timothy Fisher*
17                                          L. Timothy Fisher
                                            Attorneys for Plaintiff
18                                          RICHARD ROUZE

19

20
                            **SIGNATURE CERTIFICATION**
21
            I, Rachel F. Sifuentes, certify that the contents of this document are acceptable to the above
22
    signatures and that I have obtained their authorization to affix their electronic signature to this
23
    document and file it with the court.
24
    Dated:  September 25, 2019
25

26                                        */s/ Rachel F. Sifuentes*
                                          Rachel F. Sifuentes
27

28

# **ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders that:

1.  The hearing on Defendant's Motion to Dismiss Plaintiff's Class Action Complaint is continued to Thursday, November 14, 2019 at 2:00 p.m., in Courtroom 2, before the Honorable Troy L. Nunley;

2.  Plaintiff's opposing papers shall be filed and served on or before October 24, 2019; and

3.  Defendant's reply papers shall be filed and served on or before November 7, 2019.

IT IS SO ORDERED.

DATED: September 25, 2019

_____
Troy L. Nunley
United States District Judge

Case No.  2:19-cv-01291-TLN-DB

ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT