1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail:  ltfisher@bursor.com
5
6  *Attorney for Plaintiff*

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 RICHARD ROUZE, individually and on behalf         Case No. 2:19-cv-01291-TLN-DB
   of all others similarly situated,
12                                                   **STIPULATION AND ORDER TO
                                        Plaintiff,   EXTEND TIME TO FILE AMENDED
13         v.                                        COMPLAINT**

14 ONE WORLD TECHNOLOGIES, INC.,                     Current Date:   December 15, 2021
                                                     Judge:  Hon. Troy L. Nunley
15                                      Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Richard Rouze ("Plaintiff") and Defendant One World Technologies, Inc. d/b/a Ryobi Outdoor Products ("Defendant"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed the Class Action Complaint in this matter on July 11, 2019. (Dkt. No. 1.).
2. Plaintiff filed his First Amended Class Action Complaint on April 7, 2020 (Dkt. No. 18).
3. On November 16, 2021, the Court issued its order granting in part and denying in part Defendant's motion to dismiss (Dkt. No. 27).
4. The Court's order gave Plaintiff 30 days to file an amended complaint such that Plaintiff's Second Amended Class Action Complaint is currently due to be filed on or before December 15, 2021.
5. The parties recently resumed settlement negotiations and have agreed, subject to the Court's approval, to extend the deadline for Plaintiff to file his Second Amended Class Action Complaint until January 14, 2022.

IT IS SO STIPULATED.


Dated: December 13, 2021        **BURSOR & FISHER, P.A.**

By:      /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Attorneys for Plaintiff

Dated: December 13, 2021        **RILEY SAFER HOLMES & CANCILA LLP**

By:      */s/ Rachel F. Sifuentes*
            Rachel F. Sifuentes

Jeffrey R. Williams (State Bar No. 084156)
Rachel F. Sifuentes (State Bar No. 324403)
456 Montgomery Street, 16th Floor

| | |
|---|---|
| 1 | San Francisco, CA  94104 |
| 2 | Telephone: (415) 275-8550 |
|   | Facsimile: (415) 275-8551 |
| 3 | jrwilliams@rshc-law.com |
|   | rsifuentes@rshc-law.com |
| 4 | |
|   | Attorneys for Defendant |
| 5 | ONE WORLD TECHNOLOGIES, INC. |
|   | d/b/a RYOBI OUTDOOR PRODUCTS |

(lines 6–28 blank)

## ORDER

GOOD CAUSE APPEARING, the parties' request to extend the deadline for Plaintiff to file his Second Amended Class Action Complaint from December 15, 2021 to January 14, 2022 is hereby granted.

**IT IS SO ORDERED.**

Dated: December 13, 2021

Troy L. Nunley
United States District Judge