**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROUZE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ONE WORLD TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:19-cv-01291-TLN-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>Current Date:  January 14, 2022<br>Judge: Hon. Troy L. Nunley |

Plaintiff Richard Rouze ("Plaintiff") and Defendant One World Technologies, Inc. d/b/a Ryobi Outdoor Products ("Defendant"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed the Class Action Complaint in this matter on July 11, 2019. (Dkt. No. 1.).
2. Plaintiff filed his First Amended Class Action Complaint on April 7, 2020 (Dkt. No. 18).
3. On November 16, 2021, the Court issued its order granting in part and denying in part Defendant's motion to dismiss (Dkt. No. 27).
4. The Court's order gave Plaintiff 30 days to file an amended complaint such that Plaintiff's Second Amended Class Action Complaint is currently due to be filed on or before December 15, 2021.
5. Following the Court's order, the parties resumed settlement negotiations and requested that the Court extend the deadline for Plaintiff to file his Second Amended Class Action Complaint until January 14, 2022.
6. On December 14, 2021, the Court granted the parties' request to extend the deadline to January 14, 2022.
7. The parties recently agreed to a settlement of Plaintiff's individual claim and anticipate finalizing the settlement in the near future.
8. In connection with the settlement, the parties have agreed, subject to the Court's approval, to extend the deadline for Plaintiff to file his Second Amended Class Action Complaint until Monday, February 14, 2022.

IT IS SO STIPULATED.

Dated: January 11, 2022          **BURSOR & FISHER, P.A**.

By:     /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated: January 11, 2022          **RILEY SAFER HOLMES & CANCILA LLP**

By:  */s/ Rachel F. Sifuentes*
         Rachel F. Sifuentes

Jeffrey R. Williams (State Bar No. 084156)
Rachel F. Sifuentes (State Bar No. 324403)
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
jrwilliams@rshc-law.com
rsifuentes@rshc-law.com

*Attorneys for Defendant
ONE WORLD TECHNOLOGIES, INC.
d/b/a RYOBI OUTDOOR PRODUCTS*

# ORDER

GOOD CAUSE APPEARING, the parties' request to extend the deadline for Plaintiff to file his Second Amended Class Action Complaint from January 14, 2022 to February 14, 2022 is hereby granted.

**IT IS SO ORDERED.**

Dated: January 11, 2022

Troy L. Nunley
United States District Judge