**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROUZE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>ONE WORLD TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:19-cv-01291-TLN-DB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Richard Rouze, and Defendant One World Technologies, Inc. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims are voluntarily dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: February 14, 2022     **BURSOR & FISHER, P.A.**

By:  /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Attorneys for Plaintiff

Dated: February 14, 2022     **RILEY SAFER HOLMES & CANCILA LLP**

By:  /s/ *Rachel F. Sifuentes (as authorized on 2/10/2022)*
         Rachel F. Sifuentes

Jeffrey R. Williams (State Bar No. 084156)
Rachel F. Sifuentes (State Bar No. 324403)
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
jrwilliams@rshc-law.com
rsifuentes@rshc-law.com

Attorneys for Defendant
ONE WORLD TECHNOLOGIES, INC.
d/b/a RYOBI OUTDOOR PRODUCTS